FILED
CLERK, U.S. DISTRICT COURT
JUL 31 2009
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

Year yeak Phavong

Defendant.

CR 96-00760-CBM

ORDER OF DETENTION AFTER HEARING
(Fed.R.Crim.P. 32.1(a)(6)
18 U.S.C. § 3143(a)
Allegations of Violations of Probation/Supervised Release Conditions)

On arrest warrant issued by the United States District Court for the CDCA involving alleged violations of conditions of probation/supervised release,

The court finds no condition or combination of conditions that will reasonably assure:

A. (✓) the appearance of defendant as required; and/or

B. (✓) the safety of any person or the community.

The Court concludes:

A. (✓) Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that: he can abide by cond. of release

B. (✓) Defendant is a flight risk because defendant has not shown by clear and convincing evidence that: he can abide by cond. of release

IT IS ORDERED defendant be detained.

DATED: 7/31/09

CAROLYN TURCHIN
U.S. MAGISTRATE/DISTRICT JUDGE

[11/04]